Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ruth M. Braxton**    Case No.
          Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **Amerifirst Home Improvement** | **X** | | | |
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **City of Detroit** | **X** | | | |
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **FCC Acceptance Corp.** | **X** | | | |
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **Fifth Third Bank** | **X** | | | |
| **2007 Byrdman 650 Suzuki, mileage: 560 miles** | **HSBC** | **X** | | | |
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **National City Bank** | **X** | | | |
| **Jewelry taken by ex-husband financed Rogers & Holland** | **Rogers and Hollands** | **X** | | | |
| **Automobile radio financed by ABC Warehouse, stolen** | **Wells Fargo** | **X** | | | |
| **Residence-1566 W. Grand Blvd., Detroit, MI 48208** | **Wells Fargo Home Mortgage** | **X** | | | |
| **2006 Suzuki Blvd., miles: 2,300** | **HSBC** | | | | **X** |
| **2007 ZZR600 Kawasaki, miles: 1,200** | **HSBC** | | | | **X** |
| **Washer and Dryer financed by ABC Warehouse** | **Wells Fargo** | | | | **X** |
| **1995 Dodge Magnum, mileage: 30,000** | **Chase Auto Finance** | | | **X** | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **June 8, 2008**     Signature **/s/ Ruth M. Braxton**
                                   **Ruth M. Braxton**
                                   Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **Ruth M. Braxton**                                                                                          Case No. _____

                                             Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

  I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X _____                        _____
Signature of Bankruptcy Petition Preparer                                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy